1114

No. 82–56. SIMMONS ET AL. *v.* SEA-LAND SERVICES, INC., ET AL. C. A. 4th Cir. Petition for rehearing granted. The order entered October 12, 1982 [459 U. S. 931], denying the petition for writ of certiorari is vacated. Certiorari is granted, the judgment is vacated, and the case is remanded for further consideration in light of *Pallas Shipping Agency, Ltd.* v. *Duris,* 461 U. S. 529 (1983).

No. D–360. IN RE DISBARMENT OF TABENKEN. It is ordered that Harry A. Tabenken, of Bangor, Me., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–361. IN RE DISBARMENT OF MOORE. It is ordered that John Wright Moore III, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–362. IN RE DISBARMENT OF CRANE. It is ordered that Arnold Herman Crane, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94, Orig. SOUTH CAROLINA *v.* REGAN, SECRETARY OF THE TREASURY. Motion for preliminary injunction denied. Motion for leave to file a bill of complaint set for oral argument in due course.

No. 81–469. BUSH *v.* LUCAS. C. A. 5th Cir. [Certiorari granted, 458 U. S. 1104.] Motion of respondent for leave to file a supplemental brief after argument granted.